No. 75-84. FIREFIGHTERS COMMITTEE TO PRESERVE CIVIL SERVICE, INC., ET AL. *v.* FIREBIRD SOCIETY ET AL. C. A. 2d Cir. Certiorari denied.

No. 75-91. LOUISIANA AFFILIATE OF THE NATIONAL ORGANIZATION FOR THE REFORM OF MARIJUANA LAWS (NORML) ET AL. *v.* GUSTE, ATTORNEY GENERAL OF LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 75-96. COLONIAL REALTY CORP. *v.* MACWILLIAMS ET AL. C. A. 2d Cir. Certiorari denied.

No. 75-98. DOE No. 1 *v.* BANCO FRANCÊS E BRASILEIRO, S. A. Ct. App. N. Y. Certiorari denied.

No. 75-100. TERRY, JUDGE *v.* INDIANA SUPREME COURT DISCIPLINARY COMMISSION. Sup. Ct. Ind. Certiorari denied.

No. 75-103. JOHNSON MANUFACTURING COMPANY OF LUBBOCK *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 75-105. PERLMAN *v.* PITCHESS, SHERIFF. C. A. 9th Cir. Certiorari denied.

No. 75-106. KNOSTMAN *v.* HARDY. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 75-116. UNION OIL COMPANY OF CALIFORNIA *v.* WIMBERLY. C. A. 5th Cir. Certiorari denied.